UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROSS E. CRAWFORD and JENNIFER CRAWFORD, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BONNER COUNTY, a political subdivision of the State of Idaho, BONNER COUNTY EMERGENCY MEDICAL SERVICES, a department of Bonner County, State of Idaho, and ROBERT BUSSEY, acting in his official capacity under color of state law as Chief Officer of Bonner County Emergency Medical Services of Bonner County, State of Idaho and individually,<br><br>Defendants. | Case No. 2:17-cv-00137-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal (Dkt. 15), IT IS HEREBY ORDERED that:

1. This action is **DISMISSED WITH PREJUDICE**.

2. Each party will bear their own costs and attorney's fees.

DATED: August 31, 2017

_____
Honorable David C. Nye
United States District Court

ORDER OF DISMISSAL - 1